1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIPE SANTOS JR., an Individual and GEMMA SANTOS, an Individual, ) ) ) | **1: 09 - CV - 00912 - AWI - SMS** |
| Plaintiffs, ) ) | **ORDER VACATING HEARING DATE OF JULY 27, 2009 AND TAKING MATTER UNDER SUBMISSION** |
| v. ) ) | |
| COUNTRYWIDE HOME LOANS, a New York Corporation; RECONTRUST COMPANY, N.A., a California Corporation and DOES 1 through 10, inclusive, ) ) ) ) ) | |
| Defendants. ) ) | |

    Defendants have made a motion for to dismiss.  Plaintiff has filed an opposition and Defendants have filed a reply.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 27, 2009, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    July 21, 2009**                    _____/s/ Anthony W. Ishii_____
                               CHIEF UNITED STATES DISTRICT JUDGE