# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE SANTOS JR., an individual and GEMMA SANTOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, a New York Corporation; RECONTRUST COMPANY, N.A., a California Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | CIV-F-09-0912 AWI SMS<br><br>**ORDER CLOSING CASE AND REMOVING LIS PENDENS** |

On August 14, 2009, the court dismissed Plaintiffs' complaint without prejudice, giving them twenty days to file an amended complaint. Plaintiffs have neither filed an amended complaint, requested additional time to respond, nor made any other contact with the court. Defendants have now made a motion to dismiss due to failure to prosecute and failure to comply with the court's order. Defendants also seek remove a lis pendens that was filed concurrently with this suit. Plaintiffs have filed no opposition to Defendants' motion. Plaintiffs did not make any appearance at oral argument on December 21, 2009. The court must assume that Plaintiffs have abandoned the case.

The Notice of Pendency of Action (Lis Pendens) regarding 12814 Mountbatten Avenue, Bakersfield, California 93312, Assessor's Parcel No. 528-431-08-003 is expunged in accordance

1  with Cal. Code. Civ. Proc. §405.31.  The clerk's office is directed to close this case.

3  IT IS SO ORDERED.

4  **Dated:    December 21, 2009**                     **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE